Jeffrey J. Leist, State Bar No. 101016
Eric N. Riezman, State Bar No. 94339
**LEIST LAW GROUP, LLP**
26060 Acero, Suite 109
Mission Viejo, CA  92691
TELEPHONE:          (949) 209-9523
FACSIMILE:          (818) 548-6682
EMAIL:              jleist@leistlaw.com, eriezman@leistlaw.com

Attorneys for Defendants CYNTHIA MORGAN
And RICHARD MORGAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN FAMILY TRUST, a trust, and DARLENE MARTIN, an individual and trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTIAN RESEARCH INSTITUTE, INC, a Delaware non-profit corporation, CYNTHIA MORGAN, an individual, and RICHARD MORGAN, an individual,<br><br>Defendants. | CASE NO.:  2:10-cv-02339-JST-CW<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANTS CYNTHIA MORGAN AND RICHARD MORGAN TO DISMISS ACTION FOR FORUM NON CONVENIENS**<br><br>**[POINTS & AUTHORITIES AND DECLARATION OF CYNTHIA MARTIN FILED CONCURRENTLY]**<br><br>**DATE: October 4, 2010**<br>**TIME: 10:00 am**<br>**COURTROOM: 10A**<br>**HON. JOSEPHINE STATON TUCKER** |

**TO PLAINTIFFS MARTIN FAMILY TRUST AND DARLENE MARTIN, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 4, 2010, at 10:00 am or as soon thereafter as counsel may be heard in Courtroom 10A of this Court located at 411 West Fourth Street, Santa

Ana, California 92701-4516, Defendants CYNTHIA MORGAN and RICHARD MORGAN will move the court for an Order dismissing this action on the basis of forum non conveniens.

The motion is brought on the ground that the forum chosen by Plaintiffs is oppressive and vexatious to all Defendants, and particularly Defendants CYNTHIA MORGAN and RICHARD MORGAN, who are citizens of the State of Minnesota, and do not reside in the State of California. Given that the overwhelming preponderance of witnesses and evidence is located in Minnesota or North Carolina, the appropriate alternate forum would either be Minnesota, where movants reside, or North Carolina, where co-defendant CHRISTIAN RESEARCH INSTITUTE is located. The convenience to plaintiffs of proceeding with a venue in the Central District of California is overwhelmingly outweighed by the inconvenience to Defendants and the Court of proceeding in this forum.

This motion will be based on this notice, the concurrently filed Memorandum of Points and Authorities and Declarations of CYNTHIA MORGAN and RICHARD MORGAN, and on such evidence and argument which the court may entertain at the hearing of this motion.

DATED: September 3, 2010                LEIST LAW GROUP, LLP

                                        By:  /s/ Jeffrey J. Leist
                                             Jeffrey J. Leist, Esq.
                                             Eric N. Riezman, Esq.
                                             Attorneys for Defendants Cynthia Morgan And Richard Morgan

*MARTIN FAMILY TRUST, ET AL., v. CHRISTIAN RESEARCH INSTITUTE, INC.., ET AL.*
CASE NO. **2:10-cv-02339-JST-CW**

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of eighteen years and not a party to the case. I am employed in the County of Los Angeles, California and my business address is 111 North Sepulveda Boulevard, Suite 250, Manhattan Beach, CA 90266.

On September 3, 2010, I served the foregoing document described as **MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION OF DEFENDANTS CYNTHIA MORGAN AND RICHARD MORGAN TO DISMISS ACTION FOR FORUM NON CONVENIENS** on the interested parties in this action as follows:

Vic. Y. Lin
Innovation Capital Law Group, LLP
19900 MacArthur Blvd., Suite 1150
Irvine, CA 92612

Garth M. Drozin
Soltman, Levitt, Flaherty & Wattles LLP
2535 Townsgate Road, Suite 307
Westlake Village, CA 91361

The document(s) was/were served by the following means (specify):

[ X ] <u>By e-mail or electronic transmission</u>. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]     (State)         I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]     (Federal)     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 3, 2010, at Manhattan Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/
Jeffrey Leist