**DECLARATION OF CYNTHIA MORGAN**

I, CYNTHIA MORGAN, declare:

1. I am a named defendant in this lawsuit. If called upon as a witness, I can competently testify from my own personal knowledge as to the following facts.

2. I am married to defendant RICHARD MORGAN. We both reside together in our principal residence in Cottage Grove, Minnesota. Neither myself nor my husband RICHARD MORGAN own a home in California, operate any business with an office located in California, or regularly travel to California for business purposes.

4. Dr. Martin founded the Christian Research Institute Inc. ("CRI"), and during his life was the president and head of CRI. While acting as president and head of CRI, Dr. Martin gave various lectures, interviews and teachings which were recorded on audio and video tapes. It is my understanding that any such tapes were owned and controlled by CRI. Dr. Martin never referred to any such tapes as his personal property, and never obtained any copyrights in his own name of such recordings; and as matter of fact the disputed audio tapes in issue have a CRI label which includes a copyright designation on behalf of CRI. Dr. Martin was my father. Dr. Martin died in 1989.

5. Subsequent to my father's death, the head of CRI has been Mr. Hank Hanegraaff.

6. Plaintiff DARLENE MARTIN help co-found a competing organization to CRI which she refers to as the Walter Martin Ministries. In this connection, DARLENE MARTIN has made numerous statements that Hank Hanegraaff, the head of CRI, should never have been given control of CRI, and that Dr. Martin did not intend for Hank Hanegraaff to be his successor.

7. The disputed excerpts of the audio tapes in issue contain statements made by Dr. Martin concerning his leadership plans for Hank Hanegraaff. This lawsuit concerns the ownership and use of these sound recordings made by Dr. Walter Martin ("Dr. Martin.") to dispute contentions that Plaintiff DARLENE MARTIN has made about the current leadership of CRI. CRI gave us a license to provide permission to use excerpts from the disputed tapes made by Dr. Martin which expressed Dr. Martin's leadership plans for Hank Hanegraaff.

8. Any records we have of activities concerning our use of these recordings are

located in our home in Minnesota, or with CRI in North Carolina. Any witnesses concerning these issues are located in Minnesota (namely myself and my husband RICHARD MORGAN), or in CRI's office in Charlotte, North Carolina. No witnesses are located in California, to my knowledge, other than plaintiff DARLENE MARTIN; however it is my understanding that the Walter Martin Ministries which Ms. Martin helped co-found operates under the umbrella of the Religious Information Network which is a nonprofit organization registered in Minnesota.

9. It would be a hardship for my husband and I to be required to travel to California to appear for depositions, attend hearings, and/or appear at any trial in this lawsuit. We generally have no connection with California. For reasons stated above, a far more convenient venue would be either Minnesota where my husband and I reside, or North Carolina, where CRI is located.

I declare under the penalty of perjury that the foregoing facts are true and correct.

Executed on September 3, 2010 at Cottage Grove, Minnesota.

*Cynthia Morgan*
CYNTHIA MORGAN